UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MITCHEM, SHAUN M. | ) | CASE NO.: 10-12484 |
| | ) | <u>CHAPTER 7 BANKRUPTCY</u> |
| | ) | |
| Debtor. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| Claim # | Credit Name | Address | Amount of Dividend Check |
|---|---|---|---|
| 1. | Professional Emergency Physicians | P.O. Box 12949, Fort Wayne, IN 46866-2949 | $3.20 |
| | | TOTAL: | $3.20 |

Respectfully submitted,

<u>/s/ Dustin M. Roach, Chapter 7 Panel Trustee</u>
Dustin M. Roach, Chapter 7 Panel Trustee
436 East Wayne Street
Fort Wayne, IN 46802
(260) 424-8132

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of May, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

____/s/ Dustin M. Roach_____
Dustin M. Roach